# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Juliana Achimas

,

Plaintiff(s),

v.

Target,

Defendant(s).

Case No. 19-cv-4482

Judge Sara L. Ellis

## ORDER

Defendant's agreed motion to remand to state court [12] is granted. It is hereby ordered that this action is remanded to state court, forthwith. The Court finds, based on Plaintiff's affidavit, that the damages in this case will not exceed $75,000 and thus, this Court lacks jurisdiction.

Date: 9/17/2019

/s/ Sara L. Ellis
U.S. District Court Judge